GREAT AMERICAN SALES, INC., d/b/a
AMERICAN DIRECT INCORPORATED,

    Plaintiff(s),

v.

APPLAUSE SOURCE, LLC,
et al,
 et al,

    Defendant(s).

Civil Action No.: 08-5755 (JLL)

ORDER

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this** 16th **day of FEBRUARY, 2010;**

**ORDERED**, that this action be and hereby is dismissed as to defendants, Applause Source, LLC, Jolene Louise Grinstead, DSMAX, USA, Inc., Innovage, LLC and Premiere Books Direct, Inc., without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated.

_____
JOSE L. LINARES, U.S.D.J.